UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

    Jerry Jackson,

        Debtor.
_____/

Case No. 06-57244
Chapter 13
Hon. Steven Rhodes

**Order Regarding Discharge**

On August 25, 2010, a hearing was held regarding whether debtor is eligible for a discharge. For the reasons stated on the record, it is hereby ordered that the debtor is not eligible for a discharge.

**Signed on August 27, 2010**

                                                /s/ Walter Shapero
                                      Walter Shapero
                                      United States Bankruptcy Judge